UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GIBSON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 8:21-cv-01932-MAA<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of SIX THOUSAND ONE HUNDRED FIFTY FIVE DOLLARS AND FIFTY ONE CENTS ($6155.51) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: June 7, 2023

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE